EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión de los días 21 de marzo, 14 de abril, 26 de julio, 25 de noviembre de 2022; 5 de enero, 3 de marzo, 6 de abril, 3 y 28 de julio, 24 de noviembre de 2023 y 5 de enero de 2024 | 2022 TSPR 11<br><br>208 DPR \_\_\_\_\_ |

Número del Caso:  EM-2022-01

Fecha:  26 de enero de 2022

Materia:  Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por
motivo de concesión de los
días 21 de marzo, 14 de
abril, 26 de julio, 25 de
noviembre de 2022; 5 de
enero, 3 de marzo, 6 de
abril, 3 y 28 de julio, 24
de noviembre de 2023 y 5 de
enero de 2024

EM-2022-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de enero de 2022.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2021-087 de 7 de diciembre de 2021, con el fin de dar continuidad a las medidas de control de gastos adoptadas por el Poder Judicial a partir del año fiscal 2014-2015. Entre las medidas instituidas se decretaron unas fechas de cierres parciales y totales del Tribunal General de Justicia entre marzo de 2022 y enero de 2024.

La Orden Administrativa Núm. OAJP-2021-087 dispone que los siguientes días serán de cierre total en el Poder Judicial: 21 de marzo de 2022, 14 de abril de 2022, 26 de julio de 2022, 25 de noviembre de 2022, 5 de enero de 2023, 3 de marzo de 2023, 6 de abril de 2023, 3 y 28 de julio de 2023, 24 de noviembre de 2023, y 5 de enero de 2024. Durante un cierre total los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado, estando disponibles mediante llamada, salvo los jueces de turno de San Juan y Bayamón, que trabajarán conforme al plan de trabajo especial que sea aprobado a esos fines.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón, los días decretados como cierres totales se considerarán como si fueran feriados. Cualquier término que venza durante las fechas decretadas se extenderá al día laborable siguiente.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo